**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| DELORES CRUTCHER,<br><br>Plaintiff,<br><br>v.<br><br>HOMEWARD RESIDENTIAL, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC ,<br><br>Defendants. | Case No. 2:18-cv-00307-JCM-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Delores Crutcher ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On February 18, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is March 16, 2018. The allegations in Plaintiff's Complaint date back to May 2017 and relate to one account allegedly omitted from the Plaintiff's credit file. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including April 16, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 6th day of March, 2018

Dated this 6th day of March, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

**KAZEROUNI LAW GROUP, APC**

/s/ *Jason G. Revzin*
**Jason G. Revzin**
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC

/s/ *Michael Kind*
**Michael Kind**
Nevada Bar No. 13909
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808 x7
Facsimile: (800) 520-5523
Email: mkind@kazlg.com
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated this ___March 9,_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE