Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutmansanders.com

*Attorney for Defendant*
*HOMEWARD RESIDENTIAL, INC.*

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Designated Attorney pursuant to LR IA 11-1(b)(2)*
*for Defendant HOMEWARD RESIDENTIAL, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| **DELORES CRUTCHER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HOMEWARD RESIDENTIAL, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC,**<br><br>**Defendant.** | **Civil Action No. 2:18-CV-00307-JCM-CWH**<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant Homeward Residential, Inc. ("Defendant") and Plaintiff Delores Crutcher ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiff filed his Complaint on February 18, 2018;

2. Defendant was served with the Complaint on February 26, 2018;

HOMEWARD RESIDENTIAL INC.'S
JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

3. Defendant's deadline to answer or respond to Plaintiff's Complaint is March 19, 2018;

4. Defendant has requested, and Plaintiff has consented to, an additional thirty (30) days for Defendant to file an Answer or otherwise respond to the Complaint;

6. An additional thirty (30) days for Defendant to answer or respond to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

7. Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations; and

8. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including April 18, 2018 to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 19th day of March, 2018.

TROUTMAN SANDERS LLP

By: */s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Phone: (757) 687-7753
Fax: (757) 687-7510
Email: anna.zarndt@troutmansanders.com

*Attorney for Defendant*
*HOMEWARD RESIDENTIAL, INC.*

By: */s/ Gary E. Schnitzer*
Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com

DATED this 19th day of March, 2018.

KAZEROUNI LAW GROUP, APC

By: */s/ Michael Kind*
Michael Kind, Esq. (NV Bar No. 13903)
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
Email: mkind@kazlg.com

*Attorney for Plaintiff*

8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Designated Attorney pursuant to
LR IA 11-1(b)(2) for Defendant
HOMEWARD RESIDENTIAL, INC..*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 20, 2018

CIVIL ACTION NO. 2:18-cv-00307-JCM-CWH

HOMEWARD RESIDENTIAL INC.'S
JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

3

## CERTIFICATE OF CM/ECF SERVICE

I hereby certify that on March 19, 2018, I electronically filed the foregoing **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

**Counsel for Plaintiff**

Michael Kind (NV Bar No. 13903)
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
Email: mkind@kazlg.com

David H. Krieger, Esq. (NV Bar No. 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**Counsel for Defendant Trans Union LLC**

Jason Revzin, Esq. (NV Bar No. 008629)
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Phone: (702) 893-3383
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael Kind, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

*/s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt
annajane.zarndt@troutmansanders.com