Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Delores Crutcher*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Delores Crutcher,<br><br>　　　　　Plaintiff,<br>v.<br><br>Homeward Residential, Inc.,<br>Equifax Information Services LLC,<br>and Trans Union LLC,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00307-JCM-CWH<br><br>**STIPULATION OF DISMISSAL OF HOMEWARD RESIDENTIAL, INC.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Delores Crutcher ("Plaintiff") and Defendant Homeward Residential, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 4th day of June 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**

By: /s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 6, 2018.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 4, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148