Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP**, APC
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER**, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Delores Crutcher*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Delores Crutcher, <br><br> Plaintiff, <br> v. <br><br> Homeward Residential, Inc., Equifax Information Services LLC, and Trans Union LLC, <br><br> Defendants. | Case No. 2:18-cv-00307-JCM-CWH <br><br> **STIPULATION OF DISMISSAL OF TRANS UNION LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Delores Crutcher ("Plaintiff") and Trans Union LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 11th day of July 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**LEWIS BRISBOIS**

By: /s/ Jason Revzin
Jason Revzin, Esq.
6385 S. Rainbow Blvd.
Las Vegas, NV 89118
*Attorneys for Defendant*
*Trans Union LLC*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 12, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 11, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148